# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00636-CR

**Kenneth Wayne Rickaby, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
NO. 13,019, HONORABLE CHARLOTTE HINDS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Counsel for appellant has filed a motion to permanently abate the appeal because of the death of appellant. Tex. R. App. P. 7.1(a)(2). The motion is granted. The opinion dated February 24, 2009, is withdrawn, the motion for rehearing is dismissed, and the appeal is permanently abated.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Permanently Abated

Filed:   June 18, 2009

Do Not Publish